UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Acknowledged**
TWP
July 7, 2022

| | |
|---|---|
| DEBORAH ASH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-00011-TWP-TAB |
| ) | |
| ELI LILLY and COMPANY ) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties hereby stipulate and agree to dismissal of said cause of action with prejudice. The parties will bear their own costs, attorney's fees, and expenses.

Respectfully submitted,

/ s / *Jeffrey A. Macey*
Jeffrey A. Macey
Macey Swanson LLP
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800
E-mail:  jmacey@maceylaw.com
*Attorney for Plaintiff*

/s/ *Peter A. Milianti*
Peter A. Milianti
MCGUIRE WOODS LLP (Chicago)
77 West Wacker Drive, 41st Floor
Chicago, IL 60601
Email: pmilianti@mcguirewoods.com
*Attorney for Defendant*